**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Wilbur Burtum Hines |
| Debtor 2 | |
| | (Spouse, if filing) |

United States Bankruptcy Court for the: Northern District of California

Case number 18-50452

## Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 2005

**Property address:** 4123 Beebe Cir
San Jose, CA 95135

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. Total postpetition ongoing payments due: | | (a) | $6,747.78 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + | (b) | $-2,203.58 |
| c. **Total.** Add lines a and b. | | (c) | $4,544.20 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: **May 1, 2022**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid infull or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | ✗ /s/ Erica Loftis | Date | 06/15/2022 |
|---|---|---|---|
| | Signature | | |
| Print: | Erica Loftis | Title | Bankruptcy Attorney |
| Company | Ghidotti \| Berger LLP | | |
| Address | 1920 Old Tustin Avenue | | |
| | Number Street | | |
| | Santa Ana, CA 92705 | | |
| | City State Zip Code | | |
| Contact phone | (949) 427-2010 | Email | bknotifications@ghidottiberger.com |



**RUSHMORE** LOAN MANAGEMENT SERVICES

| | |
|---|---|
| Loan# | |
| Borrower: | HINES |
| Date Filed: | 3/1/2018 |
| BK Case # | 18-50452 |
| | |
| First Post Petition Due Date: | 4/1/2018 |
| POC covers: | 8/1/16 - 3/1/18 |
| MOD EFFECTIVE DATE: | |

| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 08/01/16 | 2,547.26 | 286.08 | 2,833.34 | Payment listed in POC |
| 04/01/17 | 2,547.26 | 462.67 | 3,009.93 | Payment listed in POC |
| 08/01/17 | 2,547.26 | 492.45 | 3,039.71 | Payment listed in POC |
| 04/01/18 | 2,547.26 | 449.63 | 2,996.89 | Payment listed in POC |
| 08/01/18 | 2,547.26 | 640.67 | 3,187.93 | NOPC filed with the court |
| 04/01/19 | 2,547.26 | 650.35 | 3,197.61 | NOPC filed with the court |
| 08/01/19 | 2,547.26 | 855.72 | 3,402.98 | NOPC filed with the court |
| 04/01/20 | 2,547.26 | 864.07 | 3,411.33 | NOPC filed with the court |
| 08/01/20 | 2,547.26 | 803.74 | 3,351.00 | NOPC filed with the court |
| | | | | |
| 04/01/21 | 2,547.26 | 826.63 | 3,373.89 | NOPC filed with the court |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 5/9/2018 | $2,996.89 | Post | 4/1/18 | 8/1/16 | $2,996.89 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/12/2018 | $2,996.89 | Post | 5/1/18 | 9/1/16 | $2,996.89 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 7/11/2018 | $2,996.89 | Post | 6/1/18 | 10/1/16 | $2,996.89 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/10/2018 | $2,996.89 | Post | 7/1/18 | 11/1/16 | $2,996.89 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/11/2018 | $3,187.93 | Post | 8/1/18 | 12/1/16 | $3,187.93 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 10/9/2018 | $3,187.93 | Post | 9/1/18 | 1/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/8/2018 | $3,187.93 | Post | 10/1/18 | 2/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 12/13/2018 | $3,187.93 | Post | 11/1/18 | 3/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 12/13/2018 | $8,671.67 | Pre | | | | $8,671.67 | | | $0.00 | | $8,671.67 | | $8,671.67 | $8,671.67 | | |
| 12/14/2018 | | Pre | Pre Petition PMT | 4/1/17 | | $0.00 | | | $0.00 | 8/1/2016 | | $2,833.34 | $5,838.33 | $8,671.67 | $286.08 | |
| 12/17/2018 | | Pre | Pre Petition PMT | 5/1/17 | | $0.00 | | | $0.00 | 9/1/2016 | | $2,833.34 | $3,004.99 | $8,671.67 | $286.08 | |
| 1/9/2019 | $3,187.93 | Post | 12/1/18 | 6/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $3,004.99 | $8,671.67 | | |
| 1/9/2019 | $1,460.23 | Pre | | | | $1,460.23 | | | $0.00 | | $1,460.23 | | $4,465.22 | $10,131.90 | | |
| 1/10/2019 | | Pre | Pre Petition PMT | 7/1/17 | | $0.00 | | | $0.00 | 10/1/2016 | | $2,833.34 | $1,631.88 | $10,131.90 | $286.08 | |
| 2/11/2019 | $3,187.93 | Post | 1/1/19 | 8/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $1,631.88 | $10,131.90 | | |
| 2/11/2019 | $1,460.23 | Pre | | | | $1,460.23 | | | $0.00 | | $1,460.23 | | $3,092.11 | $11,592.13 | | |
| 3/7/2019 | $3,187.93 | Post | 2/1/19 | 9/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $3,092.11 | $11,592.13 | | |
| 3/7/2019 | $1,460.23 | Pre | | | | $1,460.23 | | | $0.00 | | $1,460.23 | | $4,552.34 | $13,052.36 | | |
| 3/12/2019 | | Pre | Pre Petition PMT | 10/1/17 | | $0.00 | | | $0.00 | 11/1/2016 | | $2,833.34 | $1,719.00 | $13,052.36 | $286.08 | |
| 4/10/2019 | $3,187.93 | Post | 3/1/19 | 11/1/17 | $3,187.93 | $0.00 | | | $0.00 | | | | $1,719.00 | $13,052.36 | | |
| 4/10/2019 | $1,434.55 | Pre | | | | $1,434.55 | | | $0.00 | | $1,434.55 | | $3,153.55 | $14,486.91 | | |
| 5/10/2019 | $3,197.61 | Post | 4/1/19 | 12/1/17 | $3,197.61 | $0.00 | | | $0.00 | | | | $3,153.55 | $14,486.91 | | |
| 5/10/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $0.00 | | $1,424.87 | | $4,578.42 | $15,911.78 | | |
| 5/13/2019 | | Pre | Pre Petition PMT | 1/1/18 | | $0.00 | | | $0.00 | 12/1/2016 | | $2,833.34 | $1,745.08 | $15,911.78 | $286.08 | |
| 6/10/2019 | $1,424.87 | Pre | 5/1/19 | 2/1/18 | $3,197.61 | $0.00 | | | $0.00 | | | | $1,745.08 | $15,911.78 | | |
| 6/10/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $0.00 | | | $1,424.87 | | $3,169.95 | $17,336.65 | |
| 7/8/2019 | $3,197.61 | Post | 6/1/19 | 3/1/18 | $3,197.61 | $0.00 | | | $0.00 | | | | $3,169.95 | $17,336.65 | | |
| 7/8/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $0.00 | | | $1,424.87 | | $4,594.82 | $18,761.52 | |
| 7/9/2019 | | Pre | Pre Petition PMT | 4/1/18 | | $0.00 | | | $0.00 | 1/1/2017 | | $2,833.34 | $1,761.48 | $18,761.52 | $286.08 | |
| 8/8/2019 | $3,197.61 | Post | 7/1/19 | 5/1/18 | $3,197.61 | $0.00 | | | $0.00 | | | | $1,761.48 | $18,761.52 | | |
| 8/8/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $0.00 | | | $1,424.87 | | $3,186.35 | $20,186.39 | |
| 9/12/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $0.00 | | | $1,424.87 | | $4,611.22 | $21,611.26 | |
| 9/12/2019 | $3,197.61 | Post | | | | | | $3,197.61 | | $3,197.61 | | | | $4,611.22 | $21,611.26 | |
| 9/13/2019 | | Pre | Pre Petition PMT | 6/1/18 | | $0.00 | | | $3,197.61 | 2/1/2017 | | $2,833.34 | $1,777.88 | $21,611.26 | | |
| 10/9/2019 | $3,197.61 | Post | 8/1/19 | 7/1/18 | $3,402.98 | -$205.37 | | | $205.37 | | | | $1,777.88 | $21,611.26 | $286.08 | |
| 10/9/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $2,992.24 | | | $1,424.87 | | $3,202.75 | $23,036.13 | |
| 11/6/2019 | $3,197.61 | Post | 9/1/19 | 8/1/18 | $3,402.98 | -$205.37 | | | $2,786.87 | | | | $3,202.75 | $23,036.13 | $205.37 | |
| 11/6/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $2,786.87 | | | $1,424.87 | | $4,627.62 | $24,461.00 | |
| 11/7/2019 | | Pre | Pre Petition PMT | 9/1/18 | | $0.00 | | | $2,786.87 | 3/1/2017 | | $2,833.34 | $1,794.28 | $24,461.00 | $286.08 | |
| 12/12/2019 | $3,197.61 | Post | 10/1/19 | 10/1/18 | $3,402.98 | -$205.37 | | | $2,581.50 | | | | $1,794.28 | $24,461.00 | $205.37 | |
| 12/12/2019 | $1,424.87 | Pre | | | | $1,424.87 | | | $2,581.50 | | | $1,424.87 | | $3,219.15 | $25,885.87 | |
| 1/9/2020 | $3,197.61 | Post | 11/1/19 | 11/1/18 | $3,402.98 | -$205.37 | | | $2,376.13 | | | | $3,219.15 | $25,885.87 | $205.37 | |
| 1/9/2020 | $1,424.87 | Pre | | | | $1,424.87 | | | $2,376.13 | | | $1,424.87 | | $4,644.02 | $27,310.74 | |
| 2/18/2020 | $3,197.61 | Post | 12/1/19 | 12/1/18 | $3,402.98 | -$205.37 | | | $2,170.76 | | | | $4,644.02 | $27,310.74 | $205.37 | |
| 2/18/2020 | $1,424.87 | Pre | | | | $1,424.87 | | | $2,170.76 | | | $1,424.87 | | $6,068.89 | $28,735.61 | |
| 2/19/2020 | | Pre | Pre Petition PMT | 1/1/19 | | $0.00 | | | $2,170.76 | 4/1/2017 | | $3,009.93 | $3,058.96 | $28,735.61 | $462.67 | |
| 3/10/2020 | $3,197.61 | Post | 1/1/20 | 2/1/19 | $3,402.98 | -$205.37 | | | $1,965.39 | | | | $3,058.96 | $28,735.61 | $205.37 | |
| 3/10/2020 | $1,424.87 | Pre | | | | $1,424.87 | | | $1,965.39 | | | $1,424.87 | | $4,483.83 | $30,160.48 | |
| 4/9/2020 | $3,197.61 | Post | 2/1/20 | 3/1/19 | $3,402.98 | -$205.37 | | | $1,760.02 | | | | $4,483.83 | $30,160.48 | $205.37 | |
| 4/9/2020 | $1,424.87 | Pre | | | | $1,424.87 | | | $1,760.02 | | | $1,424.87 | | $5,908.70 | $31,585.35 | |
| 4/10/2020 | | Pre | Pre Petition PMT | 4/1/19 | | $0.00 | | | $1,760.02 | 5/1/2017 | | | $3,009.93 | $2,898.77 | $31,585.35 | $462.67 |
| 5/8/2020 | $3,411.33 | Post | 3/1/20 | 5/1/19 | $3,411.33 | $0.00 | | | $1,760.02 | | | | $2,898.77 | $31,585.35 | | |
| 5/8/2020 | $1,211.15 | Pre | | | | $1,211.15 | | | $1,760.02 | | | $1,211.15 | | $4,109.92 | $32,796.50 | |
| 6/8/2020 | $3,411.33 | Post | 4/1/20 | 6/1/19 | $3,411.33 | $0.00 | | | $1,760.02 | | | | $4,109.92 | $32,796.50 | | |
| 6/8/2020 | $1,211.15 | Pre | | | | $1,211.15 | | | $1,760.02 | | | $1,211.15 | | $5,321.07 | $34,007.65 | |
| 7/10/2020 | $3,411.33 | Post | 5/1/20 | 7/1/19 | $3,411.33 | $0.00 | | | $1,760.02 | | | | $5,321.07 | $34,007.65 | | |
| 7/10/2020 | $1,211.15 | Pre | | | | $1,211.15 | | | $1,760.02 | | | $1,211.15 | | $6,532.22 | $35,218.80 | |
| 7/13/2020 | | Pre | Pre Petition PMT | 8/1/19 | | $0.00 | | | $1,760.02 | 6/1/2017 | | | $3,009.93 | $3,522.29 | $35,218.80 | $462.67 |
| 8/12/2020 | $3,411.33 | Post | 6/1/20 | 9/1/19 | $3,411.33 | $0.00 | | | $1,760.02 | | | | $3,522.29 | $35,218.80 | | |
| 8/12/2020 | $1,211.15 | Pre | | | | $1,211.15 | | | $1,760.02 | | | $1,211.15 | | $4,733.44 | $36,429.95 | |
| 9/9/2020 | $3,351.00 | Post | 7/1/20 | 10/1/19 | $3,411.33 | -$60.33 | | | $60.33 | | | | $4,733.44 | $36,429.95 | | |
| 9/9/2020 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $6,004.92 | $37,701.43 | |
| 9/10/2020 | | Pre | Pre Petition PMT | 11/1/19 | | $0.00 | | | $1,699.69 | 7/1/2017 | | | $3,009.93 | $2,994.99 | $37,701.43 | $462.67 |
| 10/9/2020 | $3,351.00 | Post | 8/1/20 | 12/1/19 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $2,994.99 | $37,701.43 | | |
| 10/9/2020 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $4,266.47 | $38,972.91 | |
| 10/13/2020 | | Pre | Pre Petition PMT | 1/1/20 | | $0.00 | | | $1,699.69 | 8/1/2017 | | | $3,039.71 | $1,226.76 | $38,972.91 | $492.45 |
| 11/9/2020 | $3,351.00 | Post | 9/1/20 | 2/1/20 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $1,226.76 | $38,972.91 | | |
| 11/9/2020 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $2,498.24 | $40,244.39 | |
| 12/14/2020 | $3,351.00 | Post | 10/1/20 | 3/1/20 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $2,498.24 | $40,244.39 | | |
| 12/14/2020 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $3,769.72 | $41,515.87 | |
| 12/16/2020 | | Pre | Pre Petition PMT | 4/1/20 | | $0.00 | | | $1,699.69 | 9/1/2017 | | | $3,039.71 | $730.01 | $41,515.87 | $492.45 |
| 1/15/2021 | $3,351.00 | Post | 11/1/20 | 5/1/20 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $730.01 | $41,515.87 | | |
| 1/15/2021 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $2,001.49 | $42,787.35 | |
| 2/12/2021 | $3,351.00 | Post | 12/1/20 | 6/1/20 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $2,001.49 | $42,787.35 | | |
| 2/12/2021 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $3,272.97 | $44,058.83 | |
| 3/10/2021 | $3,351.00 | Post | 1/1/21 | 7/1/20 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $3,272.97 | $44,058.83 | | |
| 3/10/2021 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $4,544.45 | $45,330.31 | |
| 3/12/2021 | | Pre | Pre Petition PMT | 8/1/20 | | $0.00 | | | $1,699.69 | 10/1/2017 | | | $3,039.71 | $1,504.74 | $45,330.31 | $492.45 |
| 4/8/2021 | $3,351.00 | Post | 2/1/21 | 9/1/20 | $3,351.00 | $0.00 | | | $1,699.69 | | | | $1,504.74 | $45,330.31 | | |
| 4/8/2021 | $1,271.48 | Pre | | | | $1,271.48 | | | $1,699.69 | | | $1,271.48 | | $2,776.22 | $46,601.79 | |
| 5/6/2021 | $481.00 | Post | | | | $481.00 | $481.00 | | | | | | | $2,776.22 | $46,601.79 | |
| 5/19/2021 | $1,248.59 | Pre | | | | $1,248.59 | | | $2,180.69 | | | $1,248.59 | | $4,024.81 | $47,850.38 | |
| 5/19/2021 | $3,373.89 | Post | 3/1/21 | 10/1/20 | $3,351.00 | $22.89 | | $22.89 | | $2,203.58 | | | | $4,024.81 | $47,850.38 | |
| 6/15/2021 | $3,373.89 | post | 4/1/21 | 11/1/20 | $3,373.89 | $0.00 | | | $2,203.58 | | | | $4,024.81 | $47,850.38 | | |
| | $1,248.59 | pre | **Pre Petition PMT** | **12/1/20** | | $1,248.59 | | | $2,203.58 | 11/1/2017 | | $1,248.59 | $3,039.71 | $2,233.69 | $49,098.97 | |
| 7/8/2021 | $3,373.89 | post | **5/1/21** | **1/1/21** | **$3,373.89** | $0.00 | | | $2,203.58 | | | | $2,233.69 | $49,098.97 | | |
| | $1,248.59 | pre | Pre Petition PMT | 2/1/21 | | $1,248.59 | | | $2,203.58 | 12/1/2017 | | $1,248.59 | $3,039.71 | $442.57 | $50,347.56 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/4/2021 | $3,373.89 | post | 6/1/21 | 3/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $442.57 | $50,347.56 |
| | $1,248.59 | pre | | | | $1,248.59 | | $2,203.58 | | $1,248.59 | | $1,691.16 | $51,596.15 |
| 9/7/2021 | $3,373.89 | post | 7/1/21 | 4/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $1,691.16 | $51,596.15 |
| | $1,248.59 | pre | | | | $1,248.59 | | $2,203.58 | | $1,248.59 | | $2,939.75 | $52,844.74 |
| 10/6/2021 | $3,373.89 | post | 8/1/21 | 5/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $2,939.75 | $52,844.74 |
| | $1,248.59 | pre | Pre Petition PMT | 6/1/21 | | $1,248.59 | | $2,203.58 | 1/1/2018 | $1,248.59 | $3,039.71 | $1,148.63 | $54,093.33 |
| 11/4/2021 | $3,373.89 | post | 9/1/21 | 7/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $1,148.63 | $54,093.33 |
| | $1,248.59 | pre | | | | $1,248.59 | | $2,203.58 | | $1,248.59 | | $2,397.22 | $55,341.92 |
| 12/8/2021 | $3,373.89 | post | 10/1/21 | 8/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $2,397.22 | $55,341.92 |
| | $1,248.59 | pre | Pre Petition PMT | 9/1/21 | | $1,248.59 | | $2,203.58 | 2/1/2018 | $1,248.59 | $3,039.71 | $606.10 | $56,590.51 |
| 1/12/2022 | $3,373.89 | post | 11/1/21 | 10/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $606.10 | $56,590.51 |
| | $1,248.59 | pre | | | | $1,248.59 | | $2,203.58 | | $1,248.59 | | $1,854.69 | $57,839.10 |
| 2/8/2022 | $3,373.89 | post | 12/1/21 | 11/1/21 | $3,373.89 | $0.00 | | $2,203.58 | | | | $1,854.69 | $57,839.10 |
| | $1,248.59 | pre | Pre Petition PMT | 12/1/21 | | $1,248.59 | | $2,203.58 | 3/1/2018 | $1,248.59 | $3,039.71 | $63.57 | $59,087.69 |
| 3/11/2022 | $3,373.89 | post | 1/1/22 | 1/1/22 | $3,373.89 | $0.00 | | $2,203.58 | | | | $63.57 | $59,087.69 |
| | $888.31 | pre | | | | $888.31 | | $2,203.58 | | $888.31 | | $951.88 | $59,976.00 |
| 4/8/2022 | $3,373.89 | post | 2/1/22 | 2/2/22 | $3,373.89 | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| 5/10/2022 | $3,373.89 | post | 3/1/22 | 3/1/22 | $3,373.89 | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| 6/7/2022 | $3,373.89 | post | 4/1/22 | 4/1/22 | $3,373.89 | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |
| | | | | | | $0.00 | | $2,203.58 | | | | $951.88 | $59,976.00 |

## CERTIFICATE OF SERVICE

On June 15, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR          US TRUSTEE
Drew Henwood                  USTPRegion17.SJ.ECF@usdoj.gov
dfhenwood@aol.com

CHAPTER 13 Trustee
Devin Derham-Burk
ctdocs@ch13sj.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On June 15, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Wilbur Burtum Hines
4123 Beebe Cir
San Jose, CA 95135

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice